JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LAMAR AMIE, | Case No. ED CV 17-732-DSF (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

12/4/17
Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE